# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
James Lawson and Access Now, Inc., a Florida Not for profit corporation.

## DEFENDANT
Robco, Inc., an Oklahoma corporation d/b/a Git'n Galup Shopping Center,

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **Payne**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: **Payne**   GARY M. PURCELL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Bradley Johnson, Esq. 4651 Sheridan Street, Suite 355, Hollywood, Florida 33021
(954) 966-2483

ATTORNEYS (IF KNOWN)

**CIV-04-0387-M**

(d) CIRCLE COUNTY WHERE ACTION AROSE: Payne

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
2. U.S. Government Defendant
4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

IVa. 3 days estimated (for both sides) to try entire case

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury Med Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury - Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | B 450 commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers Liability / 368 Asbestos Personal Injury Product Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product / PERSONAL PROPERTY | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| | 350 Motor Vehicle / 370 Other Fraud | 690 Other | SOCIAL SECURITY | 850 Securities/Commodities/Exchange |
| B 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability / B 371 Truth in Lending | LABOR | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 160 Stockholders Suits | 360 Other Personal Injury / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 862 Black Lung (923) | 891 Agricultural Acts |
| 190 Other Contract | / 385 Property Damage Product Liability | B 720 Labor/Mgmt. Relations | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| 195 Contract Product Liability | CIVIL RIGHTS / B PRISONER PETITION | 730 Labor/Mgmt Reporting & Disclosure Act | 864 SSID Title XVI | 893 Environmental Matters |
| REAL PROPERTY | | 740 Railway Labor Act | 865 RSI (405(g)) | 894 Energy Allocation Act |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 790 Other Labor Litigation | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| B 220 Foreclosure | 442 Employment / Habeas Corpus: | B 791 Empl. Ret. Inc Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / * 530 General | | 871 IRS-Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | | | * 890 Other Statutory Actions |
| 245 Tort Product Liability | 440 Other Civil Rights / * 540 Mandamus & Other | | | * A or B |
| 290 All Other Real Property | / 550 Civil Rights | | | |
| | *A or B | | | |

## VI. CAUSE OF ACTION (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
2 Removed from State Court
3 Remanded from Appellate Court
4 Refiled
5 Transferred from another district (specify)
6 Multidistrict Litigation
7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ Check YES if demanded in complaint
JURY DEMAND: NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions)
JUDGE
DOCKET NUMBER

DATE 3/16/04
SIGNATURE OF ATTORNEY OF RECORD Bradley Johnson

FOR OFFICE USE ONLY: Receipt No. _____ Amount _____ Date Paid: _____ M/ifp: _____

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 6/90