# CIV-04-0387-M

UNITED STATES
DISTRICT COURT
Western District of Oklahoma
Oklahoma City Division

# 104-cv - LB
March 26, 2004

　　　　　Dept 6　　　City　Harold

　　　04-CV-387　　　　　150.00

Judge　　Vicki Miles-LaGrange

Total ->　　　　　150.00