UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

JAMES LAWSON and ACCESS NOW, INC.,
a Florida not-for-profit corporation,

                Plaintiffs,

vs.                                            CASE NO:

ROBCO, INC., an Oklahoma corporation,
d/b/a GIT'N GALUP SHOPPING CENTER,

                Defendant.
_____/

## ORDER ON PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE

THIS CAUSE is before the Court upon the Plaintiffs' Motion For Admission Pro Hac Vice. The Court having been fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is **Granted / Denied.**

DONE AND ORDERED in Chambers at Oklahoma City, Oklahoma this ___ day of _____, 2004.

                                                                             _____
                                                                            United States District Judge

Copies furnished to:
Bradley Johnson, Esq.
William T. Brett, Esq.