UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED
APR 0 2 2004
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

JAMES LAWSON, and ACCESS NOW, INC., a
Florida not for profit corporation,

    Plaintiffs,

vs.

CASE NO: 5:04-cv-387-M

ROBCO, INC., an Oklahoma corporation,
d/b/a GIT'N GALUP SHOPPING CENTER,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Interested Person's Order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action---- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any part in the case:

    **Access Now, Inc., a Florida not for profit corporation;**

    **James Lawson;**

    **Robco, Inc.;**

    **William T. Brett, Esquire, and**

    **Schwartz, Zweben & Associates, LLP.**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

JAMES LAWSON, and ACCESS NOW, INC., a
Florida not for profit corporation,

      Plaintiffs,

vs.

CASE NO: 5:04-cv-387-M

ROBCO, INC., an Oklahoma corporation,
d/b/a GIT'N GALUP SHOPPING CENTER,

      Defendant.
_____/

FILED
APR 0 2 2004
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rules, I certify that the instant action:

<u>IS NOT</u> related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated on this 29 day of March, 2004.

Respectfully submitted,

**SCHWARTZ ZWEBEN & ASSOCIATES**
*Attorneys for Plaintiffs*
4651 Sheridan Street, Suite 355
Hollywood, Florida 33021
Telephone:    (954) 966-2483

By: /s/ Bradley L. Johnson
Bradley L. Johnson, Esquire
Florida Bar No. 0623210