UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**FILED**

APR 0 2 2004

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

JAMES LAWSON, and ACCESS NOW, INC., a
Florida not for profit corporation,

      Plaintiffs,

vs.

ROBCO, INC., an Oklahoma corporation,
d/b/a GIT'N GALUP SHOPPING CENTER,

      Defendant.

_____/

CASE NO: 5:04-cv-387-M

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rules, I certify that the instant action:

IS NOT related to any pending or closed civil or criminal case filed with this Court, or

any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions

upon each party no later than eleven days after appearance of the party.

Dated on this 29 day of March, 2004.

      Respectfully submitted,

      **SCHWARTZ ZWEBEN & ASSOCIATES**
      *Attorneys for Plaintiffs*
      4651 Sheridan Street, Suite 355
      Hollywood, Florida 33021
      Telephone:    (954) 966-2483

      By:_____
         Bradley L. Johnson, Esquire
         Florida Bar No. 0623210