UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

JAMES LAWSON, and ACCESS NOW, INC., a
Florida not for profit corporation,

    Plaintiffs,                                      CASE NO: 5:04-cv-387-M

vs.

CIRCLE N, INC., an Oklahoma corporation,
d/b/a GIT'N GALUP,

    Defendant.
_____/

## AMENDED CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Interested Person's Order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action---- including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any part in the case:

        **Access Now, Inc., a Florida not for profit corporation;**

        **James Lawson;**

        **Circle N, Inc.;**

        **Lu Ann Stout, Esquire**

        **Holloway, Dobson & Bachman**

        **William T. Brett, Esquire, and**

        **Schwartz, Zweben & Associates, LLLP.**

2.      The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None.**

3.      The name of every other entity, which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or the 20 largest unsecured creditors) in bankruptcy cases:

**None.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Access Now, Inc., a Florida not for profit corporation; and**

**James Lawson**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated on this 5th day of May, 2004.

Respectfully submitted,

**SCHWARTZ ZWEBEN & ASSOCIATES**
*Attorneys for Plaintiffs*
4651 Sheridan Street, Suite 355
Hollywood, Florida 33021
Telephone:      (954) 966-2483

By:   /s/ Bradley L. Johnson
          Bradley L. Johnson, Esquire
          Florida Bar No. 0623210

2

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2004, I electronically transmitted the attached Amended Cetificate of Interested Persons and Corporate Disclosure Statement to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: **William T. Brett, Esquire,** at **brettlaw@coxinet.net** and to **Lu Ann Stout, Esquire** of Holloway, Dobson & Bachman at **Lstout@HollowayDobson.com** .

        By: /s/ Bradley L. Johnson
            Bradley Johnson, Esquire