UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

JAMES LAWSON, and ACCESS NOW, INC., a
Florida not for profit corporation,

    Plaintiffs,                                        CASE NO: 5:04-cv-387-M

vs.

CIRCLE N, INC., an Oklahoma corporation,
d/b/a GIT'N GALUP,

    Defendant.
_____/

## AMENDED NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rules, I certify that the instant action:

<u>IS NOT</u> related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated this 5th day of May, 2004.

                                                      Respectfully submitted,

                                                      **SCHWARTZ ZWEBEN & ASSOCIATES**
                                                      *Attorneys for Plaintiffs*
                                                      4651 Sheridan Street, Suite 355
                                                      Hollywood, Florida 33021
                                                      Telephone: (954) 966-2483
                                                      Facsimile: (954) 966-2566

                                                      By:__/s/Bradley L. Johnson_____
                                                           Bradley L. Johnson, Esquire
                                                          Florida Bar No. 0623210

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2004, I electronically transmitted the attached Amended Notice of Pendency of Other Actions to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  **William T. Brett, Esquire,** at **brettlaw@coxinet.net** and to **Lu Ann Stout, Esquire** of Holloway, Dobson & Bachman at **Lstout@HollowayDobson.com.**


                                              By:  _/s/_ Bradley L. Johnson_____
                                                  Bradley Johnson, Esquire