### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES LAWSON and ACCESS NOW, INC., a Florida not-for-profit corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>CIRCLE N INC., an Oklahoma corporation, d/b/a GIT'N GALUP,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-04-387-M<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT

The Court granted the parties' joint motion to dismiss with prejudice by separate order issued this date. Accordingly, this action is hereby DISMISSED with prejudice.

**ENTERED at Oklahoma City, Oklahoma this 10th day of November, 2004.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE